UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __26-3049__

Case Title: __United States of America__ vs. __Deion Thompson__

List all clients you represent in this appeal:

**United States of America**

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent     ☐ Intervenor           (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**Henry F. DeBaggis**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Matthew B. Kall, AUSA__    Signature: s/ __Matthew B. Kall__

Firm Name: __Office of the United States Attorney__

Business Address: __United States Courthouse, 801 W. Superior Avenue, Suite 400__

City/State/Zip: __Cleveland, Ohio   44113__

Telephone Number (Area Code): __(216) 622-3915__

Email Address: __Matthew.B.Kall@usdoj.gov__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17