**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

COURT OF APPEALS CASE NO. 26-3049

---

UNITED STATES OF AMERICA
Plaintiff-Appellee

v.

DEION THOMPSON
Defendant-Appellant

---

**MOTION TO APPOINT NEWAPPELLATE COUNSEL**

---

Now comes attorney James D. Ingalls, appointed appellate counsel for Deion Thompson,

and hereby respectfully request this Court to appoint new appellate counsel for Appellant

Thompson.   Undersigned counsel was Appellant Thompson's trial court counsel and filed a

Notice of Appeal on his behalf but states that due to the potential appellate issue(s) involved, it

would be in Appellant Thompson's best interest to be appointed new counsel for his appeal.

Respectfully submitted,

*/s/ James D. Ingalls*
JAMES D. INGALLS,  0053071
55 Public Square, 21st Floor
Cleveland, Ohio  44113
(216) 363-6030
(216) 363-6054 facsimile
Email: jdilaw@gmail.com
Counsel for Appellant/Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, a copy of the foregoing Motion to Appoint New Appellant Counsel was filed electronically.  Notice will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James D. Ingalls
James D. Ingalls, Esq.
Counsel for Appellant/Defendant