# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

COURT OF APPEALS CASE NO. 26-3049
_____


UNITED STATES OF AMERICA
Plaintiff-Appellee

v.

DEION THOMPSON
Defendant-Appellant

_____

## NOTICE OF SERVICE OF FILING MOTION TO APPOINT NEW COUNSEL
## SENT TO DEFENDANT/APPELLANT DEION THOMPSON

_____


Now comes the Defendant/Appellant, Deion Thompson, by and through his attorney, James D. Ingalls, and hereby submits to this Honorable Court Notice of Service of Filing undersigned counsel's Motion to Appoint New Appellate Counsel was sent, via U.S. Priority Mail, to Defendant/Appellant Thompson on this 24th day of March 2026.


Respectfully submitted,

**_James D. Ingalls_**
James D. Ingalls, Esq. (#0053071)
55 Public Square, 21st Floor
Cleveland, Ohio 44113
216-363-6030
216-363-6054 facsimile
Email: jdilaw@gmail.com

<u>**CERTIFICATE OF SERVICE**</u>

A copy of the foregoing Notice of Service of Motion to Appoint New Appellate Counsel was sent, via U.S. Priority Mail to Defendant/Appellant Deion Thompson, Inmate No. 60332-060, FCI Lewisburg, Federal Correction Institution, P.O. Box 1000, Lewisburg, PA. 17837, and via electronic mail to: Matthew B. Kall, Assistant U.S. Attorney, U.S. Court House, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113, this 24th day of March.

*James D. Ingalls*
James D. Ingalls, Esq.