# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DEION THOMPSON

      Defendant - Appellant

Upon consideration of the motion of James D. Ingalls to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

      **ENTERED PURSUANT TO RULE 45(a),**
      **RULES OF THE SIXTH CIRCUIT**
      Kelly L. Stephens, Clerk

Issued:  March 24, 2026