**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 03/24/2026.

**Case Name:** USA v. Deion Thompson
**Case Number:** 26-3049

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [7483865-2] filed by Mr. James D. Ingalls.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Deion Thompson
F.C.I. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

**A copy of this notice will be issued to:**

Mr. Christian Capece
Mr. James D. Ingalls
Mr. Matthew B. Kall