UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26**-**3049**

Case Title: **USA**                                          vs. **Deion Thompson**

List all clients you represent in this appeal:

**Deion Thompson**

☑ Appellant       ☐ Petitioner       ☐ Amicus Curiae       ☒ Criminal Justice Act
☐ Appellee        ☐ Respondent       ☐ Intervenor                  (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Benjamin S. Morrell**                Signature: s/ **Benjamin S. Morrell**

Firm Name: **Taft Stettinius & Hollister LLP**

Business Address: **111 E. Wacker Drive, Suite 2600**

City/State/Zip: **Chicago, Illinois 60601**

Telephone Number (Area Code): **312**-**836**-**4489**

Email Address: **bmorrell@taftlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17