UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3049**

Case Title: **USA** vs. **Deion Thompson**

List all clients you represent in this appeal:

**Deion Thompson**

☑ Appellant          ☐ Petitioner          ☐ Amicus Curiae          ☑ Criminal Justice Act
☐ Appellee          ☐ Respondent          ☐ Intervenor                        (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Arianna D. Chronis**          Signature: s/ **Arianna D. Chronis**

Firm Name: **Taft Stettinius & Hollister LLP**

Business Address: **111 E. Wacker Drive, Suite 2600**

City/State/Zip: **Chicago, Illinois 60601**

Telephone Number (Area Code): **312-836-5892**

Email Address: **achronis@taftlaw.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17