**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 02, 2026

Mr. Deion Thompson
F.C.I. McKean
P.O. Box 8000
Bradford, PA 16701

     Re:  Case No. 26-3049
        *USA v. Deion Thompson*
        Originating Case No. 1:14-cr-00239-1

Dear Mr. Thompson,

    Your motion to withdraw appeal is being returned stamped "received" but not filed. An individual represented by counsel has no right to file pro se pleadings. All filings must be through your attorney.

                Sincerely,

                s/Kelly Stephens

                Appeal Case Manager: Joshua
                Direct Dial No. 513-564-7013

cc: Ms. Arianna Chronis
    Mr. Matthew B. Kall
    Mr. Benjamin Scott Morrell
    Ms. Maria Palazzolo