No. 26-3049

In the
United States Court of Appeals
for the Sixth Circuit

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

DEION THOMPSON,

Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of Ohio
Case No. 1:14-cr-00239-JG-1

# UNOPPOSED MOTION TO EXTEND CURRENT BRIEFING SCHEDULE

Defendant-Appellant Deion Thompson respectfully moves this Court to extend the current briefing schedule in this appeal by 30 days. Counsel have conferred and this motion is unopposed.

On July 29, 2026, the Court ordered that Thompson file his Principal Brief by September 8, 2026. (D.E. 32.) On August 11, 2026, Thompson requested a 30-day extension of time to file his Principal Brief, (D.E. 33), which the Court granted. (D.E.

34.) Appointed counsel requires additional time to confer with his client, who is currently incarcerated.

This is Thompson's second request for an extension of the briefing schedule and is not made for purposes of delay. Additionally, the Government does not oppose this request.

For these reasons, Defendant-Appellant requests that the Court extend by 30 days the deadline to file his Principal Brief, up to and including Monday, November 9, 2026.

Filed: October 2, 2026

Respectfully submitted,

DEION THOMPSON,
*By Counsel*

By /s/ *Benjamin S. Morrell*

Benjamin S. Morrell
Arianna D. Chronis
Maria C. Palazzolo
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com
achronis@taftlaw.com
mpalazzolo@taftlaw.com

*Appointed Counsel for Defendant-Appellant*

## Certificate of Compliance

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in the proportionally spaced typeface of Equity using Microsoft Word, in 14-point size.

Dated: October 2, 2026

By /s/ *Benjamin S. Morrell*

## Certificate of Service

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: October 2, 2026

By /s/ *Benjamin S. Morrell*