No. 26-3049

In the
# United States Court of Appeals
# for the Sixth Circuit

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

DEION THOMPSON,

Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of Ohio
Case No. 1:14-cr-00239-JG-1

**DEFENDANT-APPELLANT'S MOTION TO DISMISS APPEAL**

Pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure, Defendant-Appellant Deion Thompson hereby moves to voluntarily dismiss the appeal in the above-captioned matter.

Filed: October 22, 2026

Respectfully submitted,

DEION THOMPSON,
*By Counsel*

By *<u>/s/ Benjamin S. Morrell</u>*

Benjamin S. Morrell
Arianna D. Chronis
Maria C. Palazzolo
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com
achronis@taftlaw.com
mpalazzolo@taftlaw.com

*Appointed Counsel for Defendant-Appellant*

I, Deion Thompson, am aware of and understand my right to appeal a sentencing order under 18 U.S.C. § 3742. I hereby confirm that I have elected to withdraw the specific appeal docketed as Case No. 26-3049.

Dated: October 7, 2026

/s/ Deion Thompson
Deion Thompson
*Defendant-Appellant*

**Certificate of Compliance**

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in the proportionally spaced typeface of Equity using Microsoft Word, in 14-point size.

Dated: October 22, 2026

By *<u>/s/ Benjamin S. Morrell</u>*

**Certificate of Service**

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: October 22, 2026

By *<u>/s/ Benjamin S. Morrell</u>*